

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2016

No. 04-16-00181-CV

**THREE THOUSAND FOUR HUNDRED FORTY-FIVE DOLLARS ($3,445.00) UNITED STATES CURRENCY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08281
Honorable Larry Noll, Judge Presiding

## O R D E R

The appellate record was complete on June 22, 2016; Appellant's brief was due on July 22, 2016. *See* TEX. R. APP. P. 38.6(a). To date, Appellant has not filed either (1) a motion for extension of time to file the brief or (2) the brief.

We ORDER Appellant to show cause in writing within FIFTEEN DAYS from the date of this order why this appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal may be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court